UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>JOEL RODRIGUEZ,<br><br>                    Defendant. | CASE NO. 24 Mag. 2922 (UA)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, August 29, 2024 at 3:00 pm** on the Court's conference line.  The parties, including Mr. Rodriguez, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
           August 21, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**