UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

JOEL RODRIGUEZ,

             Defendant.

CASE NO.: 24 Mag. 2922 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the telephonic conference held today, August 29, 2024 (the "Conference"), the conditions of Mr. Rodriguez's pretrial release set on August 21, 2024 (the "Conditions") are modified as follows:

1. Mr. Rodriguez is permitted to work for Avelo, the schedule for which he shall provide to his Pretrial Services officer each week in advance.

2. When traveling to and from work, Mr. Rodriguez may not make any stops other than to refuel his vehicle.

3. If Mr. Rodriguez is asked to work later than scheduled on any day, he must notify his Pretrial Services officer as soon as he learns of the change.

4. The Court will hold another telephone conference with the parties, including Mr. Rodriguez, on **Tuesday, September 10, 2024 at 10:00 a.m**. on the Court's conference line. The parties are directed to call 1-866-390-1828, Passcode 3809799 at the scheduled time.

5. All other Conditions set on August 21, 2024 remain in effect.

Dated:      New York, New York
            August 29, 2024

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**